UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIELLE SANTOMENNO, et al., )
)
Plaintiffs, )
) Civil Action No. 2:10-cv-01655-WJM-MF
vs. ) ***Document electronically filed.***
)
John Hancock Life Insurance Company )
(U.S.A.), John Hancock Investment )
Management Services, LLC, John )
Hancock Funds, LLC, and John )
Hancock Distributors, LLC, )
)
Defendants. )

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND PAGE LIMITS AND PROPOSED ORDER

On November 9, 2010, the Court held a status conference during which the parties and the Court discussed, among other things, the schedule for Defendants' time to respond to Plaintiffs' Second Amended Complaint Class Action Complaint (the "SAC"), filed October 22, 2010.

The parties, having conferred, hereby stipulate to the following briefing schedule and page limits discussed with the Court during the November 9 status conference:

- Defendants shall file a consolidated motion to dismiss the SAC on or before December 21, 2010;

- Plaintiffs shall file their opposition to the motion to dismiss the SAC on or before January 21, 2011;

- Defendants shall file their reply in support of the motion to dismiss the SAC on or before February 4, 2011;

- Defendants' motion to dismiss the SAC shall not exceed 55 pages in aggregate in 14-point proportional font for their single, consolidated moving brief;

- Plaintiffs' brief in opposition to the motion to dismiss the SAC shall not exceed 55 pages in 14-point proportional font; and

- Defendants' consolidated reply brief in support of their motion to dismiss the SAC shall not exceed 25 pages in 14-point proportional font.

The Parties respectfully request that this Court enter this Stipulation as an Order.

Dated: November 9, 2010

Plaintiffs

By their attorneys

*/s/ Arnold Lakind/*

Arnold Lakind
Robert Lakind
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Tel: 609.275.0400
ALakind@szaferman.com
RLakind@szaferman.com

Moshe Maimon
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: 212.605.6200
MMaimon@lpklaw.com

Counsel for Plaintiffs

John Hancock Life Insurance Company (U.S.A.), John Hancock Funds, LLC, John Hancock Investment Management Services, LLC, and John Hancock Distributors, LLC

By their attorneys

*/s/ Kevin J. McKenna/*

Kevin J. McKenna
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: 973.596.4729
KMcKenna@gibbonslaw.com

James O. Fleckner (admitted *pro hac vice*)
Alison V. Douglass (admitted *pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02109
Tel: 617.570.1153
jfleckner@goodwinprocter.com
adouglass@goodwinprocter.com

Counsel for Defendants

Date: November 15, 2010

SO ORDERED

_____
Honorable William J. Martini, U.S.D.J.