Kevin J. McKenna, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

James O. Fleckner, Esq. (admitted *pro hac vice*)
Alison V. Douglass, Esq. (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Attorneys for John Hancock Life Insurance Company (U.S.A.), John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE SANTOMENNO, et al., | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 2:10-cv-01655-WJM-MF<br>) |
| vs. | )<br>)<br>) *Document electronically filed.* |
| John Hancock Life Insurance Company (U.S.A.), John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC, | )<br>)<br>) **ORAL ARGUMENT REQUESTED**<br>)<br>) **NOTICE OF MOTION TO DISMISS THE**<br>) **SECOND AMENDED CLASS ACTION**<br>) **COMPLAINT PURSUANT TO** |
| Defendants. | ) **FED. R. CIV. P. 12(b)(6)**<br>) |

**TO:**   Robert Lakind
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648

Moshe Maimon
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, NY 10022

Attorneys for Plaintiff

LIBA2139811

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Goodwin Procter LLP and Gibbons P.C., attorneys for defendants John Hancock Life Insurance Company (U.S.A.), John Hancock Funds, LLC, John Hancock Investment Management Services, LLC, and John Hancock Distributors, LLC ("Defendants"), shall move for an Order under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' Second Amended Class Action Complaint with prejudice for failure to state a claim upon which relief may be granted, on the grounds that: (1) Plaintiffs lack standing to assert their claim under § 36(b) of the Investment Company Act of 1940, as amended, ("ICA") and fail to state a violation of ICA § 36(b); (2) Plaintiffs lack standing to assert their claim under ICA § 47(b) and fail to state a violation of ICA § 27(f); (3) Plaintiffs cannot assert their claims under the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"), without having first made a demand on the trustees of their retirement plans and fail to plead that John Hancock Life Insurance Company (U.S.A.) is a fiduciary subject to ERISA; and (4) Plaintiffs fail to state a claim against John Hancock Funds, LLC ("JHF") or John Hancock Distributors, LLC ("JHD") because the relief sought as to them is unavailable.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendants shall rely upon the brief filed in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, the Certification of Alison V. Douglass, Esq. and the exhibits annexed thereto, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form Order is submitted herewith.

Dated: December 21, 2010        Respectfully Submitted,

    s/ Kevin J. McKenna
Kevin J. McKenna, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ  07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
KMcKenna@gibbonslaw.com

James O. Fleckner, Esq. (admitted *pro hac vice*)
Alison V. Douglass, Esq. (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
jfleckner@goodwinprocter.com
adouglass@goodwinprocter.com

**Attorneys for John Hancock Life Insurance Company (U.S.A.), John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC**

LIBA2139811