UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIELLE SANTOMENNO,** *for the use and benefit of the John Hancock Trust and John Hancock Funds II*, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**JOHN HANCOCK LIFE INS. CO. (U.S.A.),** *et al.*,<br><br>    Defendants. | Civil Action Number:<br>2:10-cv-01655<br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

**ORDER**

For the reasons elaborated in the opinion filed contemporaneously with this order,

**IT IS** on this 23th day of May 2011, hereby,

**ORDERED** that Defendants' Motion to Dismiss the Second Amended Complaint is **GRANTED**;

   and,

**ORDERED** that this terminates this action.

                                                            s/ William J. Martini
                                                            **William J. Martini, U.S.D.J.**