**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109
(617) 570-1000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIELLE SANTOMENNO, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company of New York, John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC,<br><br>    Defendants. | Civil Action No. 10-1655 (WJM) (MF)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF**<br>**J. BRUGH LOWER** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendants John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company of New York, John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: June 27, 2012
        Newark, New Jersey

s/ J. Brugh Lower
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: 973.596.4581
Fax: 973.639.6292
jlower@gibbonslaw.com
**Attorney for Defendants**