Brian J. McMahon, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500

James O. Fleckner, Esq. (admitted *pro hac vice*)
Alison V. Douglass, Esq. (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

Attorneys for John Hancock Life Insurance Company (U.S.A.), John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                    )
DANIELLE SANTOMENNO, et al.,        )
                                    )
            Plaintiffs,             )   Civil Action No. 2:10-cv-01655-WJM-FM
                                    )
    vs.                             )   *Document electronically filed.*
                                    )
John Hancock Life Insurance Company )   **ORAL ARGUMENT REQUESTED**
(U.S.A.), John Hancock Investment   )
Management Services, LLC, John Hancock ) **NOTICE OF RENEWED MOTION TO**
Funds, LLC, and John Hancock        )   **DISMISS THE SECOND AMENDED**
Distributors, LLC,                  )   **CLASS ACTION COMPLAINT**
                                    )   **PURSUANT TO FED. R. CIV. P. 12(b)(6)**
            Defendants.             )
_____)

**TO**:    Robert Lakind
        SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
        101 Grovers Mill Road, Suite 200
        Lawrenceville, New Jersey 08648

        Moshe Maimon
        LEVY, PHILLIPS & KONIGSBERG, LLP
        800 Third Avenue, 13th Floor
        New York, NY 10022

        Attorneys for Plaintiff

1

**PLEASE TAKE NOTICE** that on January 7, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants John Hancock Life Insurance Company (U.S.A.), John Hancock Investment Management Services, LLC, John Hancock Funds, LLC, and John Hancock Distributors, LLC ("Defendants"), by and through their attorneys, Goodwin Procter LLP and Gibbons P.C., shall move before the Honorable William J. Martini, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order under Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiffs' Second Amended Class Action Complaint with prejudice for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendants shall rely upon the accompanying Brief and Certification of Alison V. Douglass, Esq. and the exhibits annexed thereto, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated:   December 14, 2012          By: s/ Brian J. McMahon
        Newark, New Jersey                  Brian J. McMahon, Esq.
                                                GIBBONS P.C.
                                                One Gateway Center
                                                Newark, NJ 07102-5310
                                                Telephone:  (973) 596-4500
                                                Facsimile:  (973) 596-0545
                                                bmcmahon@gibbonslaw.com

>James O. Fleckner, Esq. (admitted *pro hac vice*)
>Alison V. Douglass, Esq. (admitted *pro hac vice*)
>GOODWIN PROCTER LLP
>Exchange Place
>Boston, MA 02109
>Telephone:   (617) 570-1000
>Facsimile:    (617) 523-1231
>jfleckner@goodwinprocter.com
>adouglass@goodwinprocter.com
>
>**Attorneys for John Hancock Life Insurance Company (U.S.A), John Hancock Investment Management Services, LLC John Hancock Funds, LLC, and John Hancock Distributors, LLC**